701 A.2d 223

SEDAT, INC., and Seven Sisters Mining
Co., Inc., Appellants at No. 154,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF ENVIRONMENTAL RESOURCES, Appellant
at No. 153.

Supreme Court of Pennsylvania.

Argued Sept. 15, 1997.

Decided Oct. 9, 1997.

Steven Lachman, Dept. of Environmental Protection, Michael J. Heilman, Pittsburgh, for Com., Dept. of Environmental Resources.

Harry F. Klodowski, Linda S. Somerville, Pittsburgh, for Sedat, Inc. & Seven Sisters.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM.

Order affirmed.

CAPPY, J., dissents.